**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

June 23, 2020

**<u>LETTER ORDER</u>**

Re:   *Bank United, NA. v. First Chatham Bank, et al.*
        <u>Civil Action No. 18-12879 (ES) (CLW)</u>

Dear counsel:

On January 29, 2020, third-party defendants Golden Corral Corporation and Golden Corral Franchising Systems, Inc. ("Golden Corral") filed a motion to transfer venue to the Eastern District of North Carolina. (D.E. No. 43). Third-party plaintiffs GC of Vineland, LLC, William Scism, and Karen Scism opposed the motion (D.E. No. 47), and Golden Corral filed a reply (D.E. No. 49).

On May 28, 2020, the Honorable Cathy L. Waldor, U.S.M.J., issued a Report and Recommendation, recommending that the Court deny Golden Corral's motion. (D.E. No. 56 ("R&R")). Magistrate Judge Waldor provided the parties fourteen days to file and serve objections to the R&R pursuant to 28 U.S.C. § 636 and Local Civil Rule 72.1(c)(2). (*Id.* at 10). The parties did not file any objections.

Having reviewed the parties' submissions and Magistrate Judge Waldor's R&R, and for the reasons stated therein,

IT IS on this 23rd day of June 2020,

**ORDERED** that this Court ADOPTS Magistrate Judge Waldor's R&R in full; and it is further

**ORDERED** that the Clerk of Court shall TERMINATE docket entry numbers 43 and 56.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**
